**STEVEN J. ABELSON, ESQ.**
ID (SA) 7987
80 West Main Street
P.O. Box 7005
Freehold, New Jersey 07728
(732)462-4773
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:

SUDHIR BUDHIRAJA

Debtor.

Case No. 18-30345 (MBK)

Chapter 7

**CERTIFICATION OF COUNSEL
IN SUPPORT OF MOTION**

Hearing Date: November 5, 2018, at 10:00 am

STEVEN J. ABELSON, hereby certifies as follows:

1) I am an attorney at law of the State of New Jersey, and this District and am charged with the handling of the above captioned matter on behalf of the Debtors.

2) This instant petition was erroneously filed under chapter 7.

3) The error was discovered mere minutes after filing, this motion is brought to correct the same.

4) For these reasons, we would ask the Court to enter the Order of Conversion.

CERTIFICATION

I hereby certify that the foregoing statements are true. If any of the foregoing statements are willfully false, I realize that we are subject to punishment.

*/s/ Steven J. Abelson*
STEVEN J. ABELSON

Dated: October 12, 2018